

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2021

No. 04-21-00345-CR

**EX PARTE VANESSA MARIE VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before November 1, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2021.

_____
Michael A. Cruz,
Clerk of Court